# LARUSSO, CONWAY & BARTLING
Attorneys at Law
300 Old Country Road, Suite 341
Mineola, New York 11501
516-248-3520 Phone
516-248-3522 Fax

March 24, 2020

The Honorable Denis R. Hurley
Senior United States District Judge
United States Courthouse
100 Federal Plaza
Central Islip, N.Y. 11722

Re: United States v. John Quadrino
Criminal Docket No. 17-cr-153

Dear Judge Hurley:

Please accept this letter respectfully requesting an adjournment of my client John Quadrino's sentencing which is currently scheduled for April 23, 2020. Given the current status of the pandemic and the fact that Mr. Quadrino is not incarcerated, the Government has consented to our request. I have been in contact with Assistant United States Attorney Mark Misorek, and both sides are requesting July 10, 2020, subject to the Court's approval.

Thank you very much for your consideration of this application.

Respectfully Submitted,

/s/ Joseph R. Conway
Joseph R. Conway

cc:   AUSA Mark Misorek
      via ECF