

U.S. Department of Justice

United States Attorney
Eastern District of New York

MEM:ss
F. #2015R00190

*610 Federal Plaza*
*Central Islip, New York 11722*

December 3, 2020

**FILED UNDER SEAL**

By Email

The Honorable Denis R. Hurley
United States District Court
Eastern District of New York
Central Islip, New York 11722

      Re:    United States v. John Quadrino
                Criminal Docket No. 17-CR-153 (DRH)

Dear Judge Hurley:

      The government writes, on consent of counsel, to respectfully request an adjournment of the sentencing presently scheduled for December 16, 2020 in the above-referenced case until March 19, 2021 at 10:00am.

                                Respectfully submitted,

                                SETH D. DuCHARME
                                Acting United States Attorney

                    By:    /s/
                                Mark E. Misorek
                                Assistant U.S. Attorney
                                (631) 715-7874

cc:    Joseph Conway, Esq. (By Email)